**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   PRINCE D. SHOTWELL                 No. C-09-1341 TEH (PR)

12              Petitioner,

13        v.                            ORDER DENYING PETITION FOR WRIT
                                        OF HABEAS CORPUS; DENYING
14   BEN CURRY, Warden,                 CERTIFICATE OF APPEALABILITY

15              Respondent.

16   _____/

17

18        Pro se Petitioner Prince Shotwell, a state prisoner

19   incarcerated at the Substance Abuse Training Facility in Corcoran,

20   California, seeks a writ of habeas corpus under 28 U.S.C. § 2254

21   challenging the California Board of Prison Hearings' ("BPH")

22   December 26, 2006 decision denying him parole.  Specifically,

23   Petitioner claims the decision does not comport with due process

24   because it is not supported by some evidence demonstrating that he

25   posed a current threat to public safety and because BPH

26   impermissibly relied on the immutable unchanging factors of the

27

28

**United States District Court**
For the Northern District of California

1    commitment offense.  Doc. #1 at 8, 15-21 & 22-26.[1]

2         The United States Supreme Court recently made clear that

3    in the context of a federal habeas challenge to the denial of

4    parole, a prisoner subject to a parole statute similar to

5    California's receives adequate process when BPH allows him an

6    opportunity to be heard and provides him with a statement of the

7    reasons why parole was denied.  <u>Swarthout v. Cooke</u>, No. 10-333, slip

8    op. at 4-5 (U.S. Jan. 24, 2011) (per curiam).  Here, the record

9    shows Petitioner received at least this amount of process.  The

10   Constitution does not require more.  <u>Id.</u> at 5.

11        The Court also made clear that whether BPH's decision was

12   supported by some evidence of current dangerousness is irrelevant in

13   federal habeas:  "it is no federal concern . . . whether

14   California's 'some evidence' rule of judicial review (a procedure

15   beyond what the Constitution demands) was correctly applied."

16   <u>Swarthout v. Cooke</u>, slip op. at 6.  Accordingly, the instant federal

17   Petition for a Writ of Habeas corpus is DENIED.

18        Further, a Certificate of Appealability is DENIED.  <u>See</u>

19   Rule 11(a) of the Rules Governing Section 2254 Cases.  Petitioner

20   has not made "a substantial showing of the denial of a

21   constitutional right."  28 U.S.C. § 2253(c)(2).  Nor has Petitioner

22   demonstrated that "reasonable jurists would find the district

23   court's assessment of the constitutional claims debatable or wrong."

24

25        [1] Although Petitioner claims that BPH's denial also violated his
26   right to equal protection, he does not explain how; rather he just
     includes the words "equal protection" in his point heading.  <u>See</u> Doc.
27   #1 at 8 & 22; <u>id.</u> at 22-26.  The Court therefore does not address this
     issue.

28

**United States District Court**
For the Northern District of California

1  <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000).  Petitioner may not

2  appeal the denial of a Certificate of Appealability in this Court

3  but may seek a certificate from the Court of Appeals under Rule 22

4  of the Federal Rules of Appellate Procedure.  <u>See</u> Rule 11(a) of the

5  Rules Governing Section 2254 Cases.

6          The Clerk shall terminate any pending motions as moot,

7  enter judgment in favor of Respondent and close the file.

8

9                  IT IS SO ORDERED.

10

11  DATED     *02/03/2011*          _____

12                                 **THELTON E. HENDERSON**
                                   **United States District Judge**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  G:\PRO-SE\TEH\HC.09\Shotwell-09-1341-bph-deny-post cooke.wpd

28
                                      **3**